IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

TRAVIS D. WILLIAMS
PLAINTIFF

V.

ELLEFSON
BRADLEY FEDIE
WEBSTER
ROTH
JOHN DOE'S #1 #2 #3
LAXTON
RUDIE
SAYLOR
NURSE JANE DOE
WATERMAN
JULIA PAYENE
DEFENDANTS

42 U.S.C. 1983

1. PLAINTIFF

TRAVIS D. WILLIAMS is INCARCERATED AT THE WISCONSIN
SECURE PROGRAM FACILITY (WSPF), 1101 MORRISON DR, P.O.
BOX 1000 BOSCOBEL WISCONSIN 53805

2. DEFENDANTS

EACH DEFENDANT WAS EMPLOYED AT THE WSPF AT THE
TIMES RELEVANT TO ALL CLAIMS IN THIS SUIT IN THE
FOLLOWING CAPACITIES:

A.) ELLEFSON STILL WORKS AT THE WSPF.

B.) BRADLEY FEDIE WORKS AT ANOTHER INSTITUTION FOR W.D.O.C. (PRAIRIE DU CHIEN)
(PRAIRIE DU CHIEN)

C.) WEBSTER STILL WORKS AT THE WSPF.

D.) ROTH STILL WORKS AT THE WSPF.

E.) JOHN DOES # 1 # 2 # 3 & # NEEDS TO BE IDENTIFIED.

F.) LAXTON STILL WORKS AT THE WSPF AS A OFFICER ON DELTA UNIT.

G.) RUDIE STILL WORKS AT THE WSPF AS A OFFICER.

H.) SAYLON STILL WORKS AT THE WSPF.

I.) NURSE JANE DOE STILL NEEDS TO BE IDENTIFIED.

J.) JOLINDA WATERMAN RETIRED IN MAY 2019.

K.) JULIA PAYNE STILL WORKS AT THE WSPF.

4. GRIEVANCE ADMINISTRATIVE PROCESS HAS BEEN FULLY EXHAUSTED

## STATEMENT PURSUANT TO FED. R. CIV. PRO 8(A)

PLAINTIFF TRAVIS D. WILLIAMS BRINGS THESE CLAIMS PURSUANT TO 42 U.S.C. 1983 FOR VIOLATIONS UNDER THE 1ST, 4TH, 8TH, & 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION VIOLATING THE PLAINTIFF RIGHTS TO BE FREE FROM EXCESSIVE FORCE, CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS, DELIBERATELY BEING INDIFFERENT TO PLAINTIFFS SERIOUS MEDICAL CONDITIONS, BEING DELIBERATE INDIFFERENT TO PLAINTIFFS SERIOUS MENTAL HEALTH CONDITIONS. BY DEFENDANTS ACTING UNDER THE COLOR OF STATE LAW.

THE PLAINTIFF IS ALSO ASKING THE COURT TO EXERCISE ITS

supplemental Jurisdiction pursuant to 28 U.S.C. 1331, and 28 U.S.C. 1367 (I) Claims are Novel and complex issues of State Laws of Wisconsin pursuant to

Wisconsin Statues (Wis. Stat.) Wis. Stat. 940.285 Abuse of Individuals at Risk, Wis. Stat. 940.29 Abuse of Residents of a Penal (Institution) Facilities, Wis. Stat. 946.12 Misconduct in public office, Wis. Stat. 939.63 Penalities for use of Dangerous Wepons, Wis. Stat. 940.19 Battery 6 (H) & Wis. Stat. 940.19 (8), Wis. Stat. 101.11, 893. 80.(4) Safe place Act Because the Plaintiff is Disabled and each Defendant actually knows this.

Plaintiff is Also asking the court while Exercising its supplemental Jurisdiction pursuant to 28 U.S.C. 1331, and 28 U.S.C. 1367 (I) for State Law Violations of Wisconsin Statues to grant Relief pursuant to Federal Statues and Statues of Wisconsin State Statues As Follows:

Fed. R. C.P. 69 (A)(1)   28 U.S.C. 3104 (A) Garnishments 28 3101 (A), 26 U.S.C. 1962.

Wisconsin Statues: Wis. Stat 812. 42 Garnishments of Earnings of Public officers, Wis. Stat. 757.36 Lien of Proceeds to Enforce cause of Action.

WIS. STAT. 812.35 COMMENCEMENT OF ACTION 1(A) & 3(U).


Again pursuant To federal Rules of civil procedures 8 (A)A plain written statements plaintiff Travis D. williams (williams Hereafter) states that on Febuary 24, 2019 About 7 p.m. HE WAS GIVEN 3 WRONG MEDICATIONS that HE HAD A SERIOUS Adverse reaction To that caused ENTERNAL STOMACH Bleedings, ANAL Bleedings & A coughing up of Blood For 5 hours OR longer That Also had A CHEMICAL Adverse MENTAL REACTION to WILLIAMS Which All was A SERIOUS RISK TO WILLIAMS Health And EACH DEFENDANT WAS DELIBERATE INDIFFERENT TO WILLIAMS serious medical conditions, DELIBERATE indifferent to williams serious medical NEEDs, DELIBERATE indifferent to williams serious MENTAL Health NEEDS, DELIBERATE indifferent TO WILLIAMS serious mental Health Conditions, The Third medication is Known to cause A person Violent AGGRESSIVE conduct, such as Attacks on Other persons, EXTREME VIOLENT ASSAULTS. The medication of trazadone SEE ATTACHED Exhibit.

on Feburary 24 2019 At 7 p.m. medication pass officers pass out Controlled medications To INMATES AT THE WSPF, AN SERGEANT (SGT.) ANNOUNCES OVER THE IN Cell INTERCOMS med-pass (1) IF YOU WANT YOUR MEDS CALL UP.

1. IF YOU WANT YOU MEDS CALL UP MEANS FOR IF THE INMATE WANTS HIS State controled medications He has To press His IN cell INTERcom Button which notifies the SGT. That inmate wants His medication s.

4 OF 21

So on 2-24-09 I was at the WSPF on unit Foxtrot and was housed in cell #105, and C.O. ELLEFSON was designated to pass out medications, this C.O. came to my cell and I told him to give me my medications, I clearly told this C.O. Do not put the medication of trazodone in the cup, he said I can only find 3 of your medications I told him I've got way more than that, I said you got to call alpha unit and get the rest He said he would so He handcuffed me to my cell door because of the retalitory medical disciplinary status Lt. Fedie & Mark Kartman placed me on titled Tether to door. C.O. Ellefson had 3 medication cards on top of the cart He "scanned my Identification card then picked up the 3 medication cards and scanned each one so they could be documented by the computer system, but when C.O. Ellefson would scan one medication card and then start typing something on the computer, Williams would see C.O. Ellefson do this 3 times C.O. Ellefson would give Williams ████████ his medication & handed them ███ in a small medication dosage cup, looks at the pills there were 2 white pills in the cup and one green pill Williams swallowed the pills and while C.O. Ellefson was unhandcuffing from the cell door Williams arm, Williams states Let me see those med-cards

1. scanned my Identification card, is the procedure to allow the computer to access all the proper prescribed medication that a inmate has and when medcard is scanned the computer verifies that the inmate is allowed to have that medication at that time of med-pass.

5 of 21

C.O. ELLEFSON showed WILLIAMS the MEDICATION CARDS WILLIAMS STATES MAN THIS "DERICK WILLIAMS" MEDICATIONS thats why you KEPT PUNCHING IN STUFF WHEN you SCANNED THE CARD THIS MEDICATION DID NOT MATCH my Identirication THE COMPUTER WAS TELLING you DUMB [sic] DONT GIVE ME "DERICK WILLIAMS' MEDICATIONS, WILLIAMS FURTHER STATES MAN You CANT TELL THE DIFFERENCE BETWEEN THE LETTER "T" & "D"? OR THE NAMES TRAVIS WILLIAMS & DERICK WILLIAMS? ELLEFSON STATED "Ahh MAN" I SAID LOOK You got to CALL ME A NURSE You GAVE ME TRAZADONE, AND I SAID THAT MAN I'VE BEEN WEENING myself OFF OF THAT CAUSE it CAUSES ME TO have REAL BAD STOMACH ACHES & SOMETIMES STOMACH BLEEDINGS, I HAVE To EAT VERY GOOD BEFORE I TAKE THAT, I FURTHER SAID MAN I AM Going TO START BLEEDING get ME A NURSE I NEED SOMETHING TO INDUCE VOMITING, HE, C.O. ELLEFSON WAS NOT EVEN PAYING ME ANY ATTENTION HE'S LOOKING THROUGH THE 'MED-CART AT OTHER MEDICATION CARDS, (HE) C.O. ELLEFSON CALLS C.O. LAXTON HE WHISPERS SOMETHING TO C.O. LAXTON I TELL LAXTON this Clown just GAVE ME 3 PILLS 2 white ones & A GREEN ONE, AND

------

1. MEDCART IS A MEDICATION LOCK CART with 1- SMALL DRAWER & 3 OTHER BIGGER DRAWERS that holds ONE HOUSING UNITS INMATES MEDICATIONS TO BE DISTRIBUTED BY OFFICERS UP TO 4 TIMES PER DAY AT 6 A.M. 10 A.M. 3 P.M. & 7 P.M.

I NEED A NURSE, LAXTON STARTED thumbing through the 4

ROWS OF MEDICATION CARDS I REPEAT I NEED A NURSE they

BOTH move the MED-CART FROM IN FRONT OF MY DOOR BUT

my DOORS TRAP is still OPEN AND I hear them BOTH talking C.O.

LAXTON tells C.O. ELLEFSON WHEN THEY ASKED TELL them you

gave Him THIS. I Immediately pressed my IN CELL CALL

Button AND TOLD Sgt SAYLOR THAT At lOAST 3 TO 4 minutes

AGO I was given 3 PILLS that I AM NOT Prescribed AND one

OF them IS going to MAKE ME SICK AND start ME to Bleeding

INSIDE my stomach INTERNALLY williams Further STATED THAT

OFFICERS ELLEFSON & LAXTON is Trying to COVER IT UP THAT

they gave ME 3 MEDICATIONS FROM DERICK WILLIAMS. SGT. SAYLOR

SAYS HE would SEE Whats going ON, williams STATES MAN

LOOK AT the CAMERA they're still thumbing through the

MEDICATIONS, WILLIAMS would ALSO STATE THAT OFFICERS

ELLEFSON AND LAXTON will NOT CALL ME A NURSE sgt.

SAYLOR REPEATS LET ME SEE whats going ON.

While I am waiting on sgt. SAYLOR To SEE Whats

going ON I STARTED getting A REAL BAD CASE OF

ACID REFLUX, williams HAS Gone VERY BAD HE TAKES the

medications OF OMEPRAZOLE DR 40 mg SUCRAFLATE 1 Gm

RANOTIDINE 300 mg TUMS, MALOX, of OMEPRAZOLE ONCE A DAY

SUCRAFLATE 4 times PER DAY, RANITIDINE 2-150 mg pills at BEDTIME, 6 tums PER DAY & 30ml of MALOX A DAY

Williams GASTRIC serious MEDICAL CONDITIONS Has caused williams CRITICAL complications of CHEST ACUTE PAINS & BLEEDINGS From strong ACID IN HIS STOMACH THAT builds up FROM TAKING THE WRONG MEDICATIONS without PRECAUTIONS, OR EATING the WRONG Foods Without PRE caution, AND HAS caused williams TO REGURGITATE HIS Food OR VOMIT when this happens the ACID BURNS williams THROAT & At time williams Has bloody stool. SO williams STARTS HAVING A bad CASE OF ACID REFLUX With small Chunks OF Food Coming BACK UP williams THROAT along with ACID AND SPOTS OF BLOOD CAN BE SEEN IN the toilet, WILLIAMS TAKES SOME TUMS hoping this cures the BURNING IN the center OF HIS STOMACH AND THE REGURGIATING OF Food.

this Did not work things got WORSE BIGGER CHUNKS OF Food STARTED Coming UP With more Blood, I PRESS THE IN CELL Call BUTTON Again I SAID Look your 2 OFFICERS OF ELLEFSON & LAXTON Did not Document THE MEDICATION I took, I ASKED BOTH of them to write A INCIDENT REPORT they wrote nothing, I Asked them to get ME A NURSE they Did nothing, I TOLD Both of them I'VE got ACID REFLUX REAL Bad, This is NOT A CASE OF Heartburn I NOW HAVE Bigger Chunks OF Food Coming BACK UP AND THE ACID IS coming up with it, I Further STATE THE KEEP ON PERSON OTC MEDS I HAVE Don't work I took SOME TUMS About 45 min., Ago AND my stomach

is still Burning Sgt. Saylor tells ME He informed the NURSE AND A INCIDENT REPORT is going to BE written I say when you wrote it I want you to give ME the number of the INCIDENT REPORT and please call the NURSE and tell Her if she look at my medical RECORD OF ENDOSCOPY she would see why she needs to get down Here A.S.A.P. Sgt Saylor did nothing. what He did was send C.O. RUDIE to my cell with A Bottle OF Tums, I showed C.O. RUDIE I have A Bottle of tums, and I told Him To call me A NURSE, C.O. RUDIE states He would call the Health SERVICE unit, He did nothing for almost 2 hours, then comes BACK to williams cell with A bottle of liquid ANTACID Rolox He C.O RUDIE states the NURSE says try this I go to one of my in cell handicap railings get the Identical type of liquid ANTACID Rolox off my railing and show C.O. RUDIE look man I got the same stuff I said look Dude I am Bleeding when I regurgitate I said I just had A Bowel movement About one hour ago and I SEE Bloody spotting in my stool, I say if you give ME something to put the FECE in you can see for yourself and then show the NURSE, I said Next if I regurgitate and if you give me A Styrofoam cup I can spit it in there and you can see that Too and Document it C.O. RUDIE tells williams He's not Documenting Anything. williams ask C.O. RUDIE why not He states (1) I dont Have to & (2.)

its not my Job, so I TELL C.O. RUDIE IF I spit this Blood IN your FACE YOU would Document that wouldn't ya? C.O. RUDIE states is that A THREAT WILLIAMS ? I SAID No BUT I am Just pointing out the Circumstances THAT you would Document things, BUT absolutely REFUSED to Document the things you suppse to.

So while C:O RUDIE was standing THIER I put A yellow LEGAL ENVELOPE IN THE window And told C.O. RUDIE get ME A NURSE CLOWN, And I cut my Light off sAt Down And started writing A REQUEST stating staff misconduct BY EACH DEFENDANT on THE UNIT, C.O. RUDIE states un-cover your window I sAid RUDIE my window is not covered I am sitting Down I CAN SEE you And you CAN SEE ME so get ME A NURSE youre worried About A [ sic ] window But not ME get the [sic] AWAY FROM my Door And TAKE your [sic] Down tothe HEALTH SERVICE unit And tell the nurse whats going on with ME IN this CELL, C.O. RUDIE STATES AgAIN WILLIAMS un cover I STATE get ME A NURSE. C.O. RUDIE left & Did not come BACK FOR AT LEAST ONE hour, I pressed my cAll Button AFTER C.O. RUDIE left And told Sgt Snyder WHY IS Y'All Bull Sb_L__s? I am seriously SICK IN HERE get ME A

Sgt Snylor states I told her and she said she would come after she passed out her medications, But now HSU is closed And she went home, I asked what Nurse did you talk to? Sgt Snylor states He did not know her Name. I then stated I know Exactly How to get someone down here and get medical And get the Incidents Documented so now its about 9:15 P.M. I fully covered the cell window. So C.O. Rudie comes to the cell and starts calling my name I refused to answer, then C.O. Loxton comes to the cell and I told Him get me a nurse, then C.O. Rudie comes Back to my cell and states Williams uncover, I dont answer Him. Each cell door in general population Has 3 trap Doors one at the top where they can open the entire top that opens to the side of the door which would give Guards at least 2½ feet wide & 3 feet long access to look in the cell the 2nd trap is about 2 feet wide and is use to handcuff, pass meals in, and 3rd trap is 2 feet wide which is used to shackle inmates or pass unsanitary things in the cell such as toilet brush, mops. So C.O. Rudie sticks the key in the top trap, Williams states soon as you open that trap I am going to spit this blood in your face, He C.O. Rudie states That's a

threat WILLIAMS, WILLIAMS STATES NO THATS A PROMISE AND I bet You Document THIS, so when I File the Law Suit the Jury can see your state of mind of not having any concerns for my Health or RISK OF PERMENATE Injury or DEATH, You NEVER called A NURSE [SIC] what you Did was conspire with your CO WORKERS or ELLEFSON, LAYTON & SAYLON AND tried to give ME SOMEONE ELSE turns & ROLOX THATS why You would not Turn the Bottles Around when I told You to, You went on the med cart and got somebody ELSE [SIC] You Just hid the Label with the person NAME ON It. WILLIAMS Furthered stated OPEN the trap RUDIE SO I can spit this Blood IN YOUR FACE, You Clowns gave me 3 wrong medications and have Been lying for 2 hours now about notifying the medical unit About my situation, They KNOW I've got real bad Gerd and wont send me the medications DOWN HERE I all ready got now get the Hell away From my DOOR and get ME A NURSE Clown.

9:30 P.M. count was IN EFFECT By this time AND BY WSPF PRISON RULES count cant BE complete unless A prison Guard can actually See the inmate, so the Guard Could not SEE me so this Hold up cant All Access the state of Wisconsin, so now it had to BE Documented why WILLIAMS NEEDED A NURSE, AND A NURSE WAS CALLED AND it was Alleged By Captain Brinkman that she was suppose to come T

williams cell after she got done passing out her medications but NURSE JANE DOE went home without seeing williams. Then NURSE JANE DOE was not contacted untill 9:30 p.m, AND the incident didn't start untill 7p.m, evidencing EMERSON LAXTON Rudie & SAYLOR disregard the risk to williams AND contacted no one but Lt. Fedie.

Lieutenant Bradley FEDIE would come to williams cell hollering AND screaming williams uncover, At this time only half of the cells Door window was covered, williams was sitting in a chair right at His Door, williams stood up AND while He was removing the only envelope in His window Lt. Fedie told Someone A John Doe officer to open the trap, Lt. Fedie proceeded to spray an oleum spray on williams, and it was more then 3 second short Burst thats stipulated by D.O.C. policy which williams has Been denied to obtain Citing its CONFIDENTIAL. williams started coughing AND spitting up Blood, Blood was coming out of williams mouth & nose, williams was held in the cell for at least 5 min while choking, & coughing. Lt. Fedie Finally opened the trap Door while holler & screaming put your hands through the trap williams is on soft cuff restraints due to his Physical Disability of A Deformed left Arm, AND His left Arm from A surgery is 2 inches shorter than His right Arm Lt. Fedie made williams put both

ARMS BEHIND HIS BACK CAUSING WILLIAMS INSTANT PAIN IN HIS LEFT BICEP & SHOULDER IF Lt. FEDIE WOULD OF PLACED WILLIAMS IN SOFT RESTRAINTS THERE WOULD OF BEEN NO INJURY BUT Lt. FEDIE SADISTICALLY & MALICIOUSLY DID THIS TO CAUSE HARM TO WILLIAMS. ONCE THE CELL DOOR OPENED Lt. FEDIE FURTHER STATED THAT WILLIAMS WOULD NOT BE PLACED IN HIS WHEELCHAIR HE WILL WALK, THIS TO CAUSED WILLIAMS MORE ACUTE INJURY TO HIS RIGHT CALF & WILLIAMS SUFFERED A GROIN PULLED WHICH BOTH WAS EXTREMELY PAINFUL, WILLIAMS WAS BASICALLY FAST WALKED DRAGGED TO THE SEGREGATION UNIT, PUT IN A SEGREGATION (SEG) HOLDING CELL AND WAS TOLD TO STRIP, AND PLACE OUT ALL ITEMS, I GAVE C.O. ROTH MY BACK BRACE, MY KNEE BRACES, & MY ANKLE BRACES, C.O. ROTH TELLS ME TO LIFT UP MY TESTICLES, PULL MY EARS OPEN MY MOUTH & ALL THAT I DID I WAS HOLDING ON TO THE DOOR TO DO IT, SO ROTH WAS ABOUT TO GIVE ME SOME SEGREGATION CLOTHES, Lt FEDIE CAME OVER TO FURTHER HUMILIATE ME HE THREATING ME STATING I WILL HAVE THE SUIT UP TEAM COME IN THERE AND MANUALLY DO IT, HE REPEATED THE SAME STRIP SEARCH ORDERS ROTH DID BUT THEN TELLS ME TO STAND IN THE MIDDLE OF THE STRIP CAGE AND SPREAD MY ASS CHEEKS, I TELL Lt. FEDIE YOU DONE LOST YOUR MIND, Lt. FEDIE WAS CONSTANTLY ISSUING THREATS OF HAVING TACK TEAM GUARDS USING FORCE TO SPREAD MY BUTT CHEEKS, I AM FULLY HANDICAP, I USE A 4 WHEEL WALKER & WHEEL CHAIR, I ATTEMPTED TO DO THIS AND FELL OVER AND COULDNT HOLD MY BALANCE AND FELL FORE HEAD

First into the concrete floor scrapping my hand & fore head on the floor causing acute pains in both & blood on my right hand pictures was taken, I was extremely dizzy behind this and in pain, I told Fedie & Roth I need a nurse y'all see my hand is bleeding they ignored me, And said spread my butt cheeks, I fell again onto the concrete Lt. Fedie gave me more threats of force, during this whole time I am still coughing from the extreme exposure from the oleoresin spray, So on the 2nd fall Lt. Fedie coughs along with Roth & they walk away while I am still on the floor coughing and in pain, I pass out I wake up I had urinated & defecated, I crawl to the door pull myself up started beating on the cell door asking for help, and I was ignored by 2 John Doe officers & Ellerson while I was knocking on the door pleading for help the bottom trap opens up, I lower myself on the floor then holler for help I state I am bleeding my chest & throat & stomach is hurting very bad I just woke up and I lost control of my bodily functions, 3 officers was standing within at least 10 feet of me and ignored me one officer walked past me at least 5 times, officer Effusin tried to sneak up on the cage to shut the bottom trap, So again I see I am not going to get know type of medical care so I take the feces and throw it out the trap on the walls & down towards the Sgt cage, which is about 10 feet away from the holding cell I was in and those officers did nothing they didn't care

THESE OFFICERS WOULD let ME SUFFER FOR OVER 2 hours
BEFORE A NURSE FINALLY showED UP, it was a total of 5½
hours WHEN I FIRST ASKED FOR A NURSE), Jolinda
WATERMAN comes to the SEGREGATION UNIT, I was told I
had to WEAR A SPIT MASK CAUSE OF MY THREATS to
SPIT Blood ON STAFF So this PROVIDED WATERMAN AN EXCUSE
NOT to EXAMINE williams FOREHEAD, AND WATERMAN
REPEATEDLY PRETENDED NOT to SEE THE SwellING on MY RIGHT
hAND AND IGNORED THE Blood All OVER THAT hAND AND THE
LUMP THAT was ON MY RIGHT PINKY FINGER STATING THAT
LOOKS LIKE A Callous, AND FOR MY STOMACH PAINS & REGURGIATING
She gAVE the CAPTAIN ONE TABLET OF PEPTobizmoTH to give
ME I tell the CAPTAIN I KNOW THATS NOT going to DO
ANY thing FOR ME I'VE HAD THIS PROblem with MY STOMACH
FOR OVER 30 YEARS PEPTo Bizmoth isn't go to DO ANYthing I tell THE
CAPTAIN THAT USUALLY WHEN THIS HAPPENS I AM TAKE TO THE
HOSPITAL AND GIVEN SOME TYPE OF thick white MEDICATION AND
AN ANTIBIOTIC, I FUNTHER tell THE CAPTAIN I'VE TAKEN AT
lEAST 8 TUMS, AND AT lEAST 5 to 6 oz OF ROLOX I'VE DRANKED
SINCE 8 P.M., THE TIME WAS About 12:40 A.m. WATERMAN refused
to SEND ME to the HOSPITAL DISREGARD MY CHEST PAINS FROM
the OLERIN SPRAY & REFUSED to looK AT the Blood IN MY FECE'S
CAPT BRINKMAN was TAKE PICTURES OF MY RIGHT HAND BUT WOULD NOT
TAKE PICTURES OF THE Bloody FECE'S I THREW ON A PERFECTLY

white wall, waterman was less than 3 feet from the wall and would not even stick out her head and look at the wall of bloody face thrown on the wall.

C.O. webster was also one of the officer who denied me access to a nurse while I was in two segregation strip cage he walked pass the strip cage 3 to 4 times he even held the camera at one point.

I was written a conduct report detailing the WSPF staffs versuns of the events and was let out of segregation almost 20 days later while waiting for the disciplinary hearings and I was given 30 days cell confinement, I explained to the ONE HEARING OFFICER that I was suffering bleeding in a lot of pain from the medications I took, and that after Lt. Fiedle sprayed that spray I had EXTREME chest pains. and due to my handicap & serious medical conditions I should not had been sprayed with that o.c. spray, due to my seriousskin conditions I should not had been sprayed with that o.c. spray.

Julia payne would reject every version of my inmate complaint grievance I filed on this issue starting to many issues when I was describing the details surrounding the complaints of ONE issue of C.O. EPPSON C.O. LAXTON

C.O.O. Rudie, Sgt Snyder conspiring to cover up they gave me the wrong medications on Feburny 24, 2019. Mrs Julia Payne Has established a long history of rejecting a complaint when WSPF STAFF is mentioned in them, you have to Write a vague complaint in order to have the complaint Accepted. So when you file a suit they can either say you didnt mention the actors name in the complaint or you didnt exhaust.

Williams Furthered Filed a complaint on Lt. Rudie Excessive Force Julia Payne Didnt accept the complaint at first then ~~states~~ States there's another administrative process for complaints of STAFF Misconduct And the issue has been looked into And findings has been rendered but Don't mention the findings nor does Julia Payne accepted the Excessive Force claims within the complaint which was the moving force thats constituted the STAFF misconduct, to Deny the Excessive Force claims Julia Payne Deliberately Ignored the Excessive Force claims And passed the complaint off As STAFF Misconduct, And when I asked for unit video Footage to be perserved I was told By captain tom the cameras Dont work on Range #1 but they HAVE hand held video footage, those cameras work, if I would of assulted a prison Guard on Range one they would of had every millisecond of camera footage, SEE Williams V. Staucho 17CV1734 this is a habit of Doc's to Alter or eliminate video Critical Footage

WHEN that Footage can prove All ELIMINATES of the complaint.

EACH Guard knew williams was an individual AT RISK pursuant to wisconsin STATUE 940.285 williams use's a special 4 wheeled walker, not the typical kind one may BE use to seeing like on tiv. or in public WILLIAMS USE'S a walker that's specially DESIGNED to for a person with a HANDICAP that NEED more support to the BACK AND ARMS it's A LEARNERS WALKER AS in one who's BEEN IN A Accident Has Learned to WALK All over Again See williams v. Leslie 14 cc 452.

EACH GUARD & JOLINDA WATERMAN WAS DELIBERATELY Indifferent to williams serious medical & mental Health, NEEDS, EACH DEFENdant was Deliberate indifferent to WILLIAMS Serious MEDICAL & MENTAL Health conditions BY DELIBERATELY Ignoring williams MEDICAL claims OF Bleeding From taking THE wrong medications, AND that THE MEDICATION would CAUSE Bleeding & stomach pains violating williams rights to BE FREE From CRUEL & UNUSAL PUNISHMENT, The MEDICATION Also increase's violence which williams EXPLOSIVE DISORDERS was inhanced Because OF the med of trazadone

Lt. FEDIE knew williams was IN no harm of ASSAULTING ANYONE All WILLIAMS wanted For the First 2 hours was to SPEAK To a NURSE to EXPLAIN his serious medical conditions to her NURSE Jane DOE DELIBERATELY refused to come to WILLIAMS cell

19 OF 21

AND DESPITE THE Knowledge Lt. Fedie HAS about williams RESPIRATORY CONDITIONS OF DIFFICULTY OF BREATHING, AT RISK OF FALLING All THE TIME Lt. FEDIE HAS ESCORTED williams to many OFF site APPOINTMENTS TO SPECIALIST AND HAS Heard THE DISCUSSIONS About SEVERAL OF WILLIAMS SERIOUS chronic MEDICAL CONDITIONS AND still SPRAYED WILLIAMS who's HANDICAP with olenin SPRAY which caused williams OVER 2 months OF DIFFICULTY BREATHING violating williams 8th Amendments Rights to BE FREE From EXCESSIVE FORCE, williams Further STATES Lt. FEDIE violated wis. stat. 940.29 Abuse of residents of A penal facilities, AND wis. stat. 940.19 Battery,

AT wis. stat. 940.19 (B) STATES if the PERSON Harmed HAS A PHYSICAL DIsability whether congential or Aquired by Accident injury or Deseases that is DECERNABLE BY AN ordinary person in viewing the PHYSICAL Disabled PERSON or THAT IS ACtually known By THE Acter SEE All Attached Documents of WILLIAMS Being HANDICAPP & HAS MANY SERIOUS MEDICAL CONDITIONS.

Julia PAYNE INTENTIONALLY violated my ADMINISTRATIVE DUE PROCESS Rights FOR Redress OF All THE INCIDENTS SURROUNDING THE COMPLAINT I FILED.

JOLINDA WATERMAN DELIBERATELY DENIED ME MEDICAL CARE.

CONCLUSION:

MEDICAL DOCUMENTS IS ATTACHED TO this COMPLAINT STIPULATING 1. WILLIAMS HAS A RESPIRATORY CONDITION, 2. WILLIAMS IS HANDICAPP 3. AND the 38 to 40 MEDICATIONS WILLIAMS IS PRESCRIBED THAT HE TAKES DAILY FOR HIS SERIOUS MEDICAL CONDITIONS.

## RELIEF REQUESTED

1. UPON ANY Judgement OF MONETARY PAYMENTS Plaintiff wants THIS court to ORDER EACH DEFENDANTS WAGES to BE GARNISHED PURSUANT to the STATUES ON PAGES 2, 3, & 4

2. WILLIAMS to BE ABLE to AMEND HIS COMPLAINTS AGAINST THE DOE DEFENDANTS once IDENTIFIED/GIVEN MORE DETAILS TO theIR DIRECT PARTICIPATION 42 U.S.C. 1983.

3. WILLIAMS WANTS A JURY trial.

4. WILLIAMS WANTS EXPIDITED SCREENING OF His COMPLAINT FOR the SOLE REASONS that IN WILLIAMS V ADAMS those DEFENDANTS IS TRYING to KILL WILLIAMS.

5. WILLIAMS WANTS A total of 1- MILLION DOLLARS IN PUNITIVE AND COMPENSATORY DAMAGES FROM EACH DEFENDANT

Signed this 6th DAY OF August 2019