UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRAVIS DELANEY WILLIAMS,

    Plaintiff,

    v.                             Case No. 19-C-1159

ZACHARY ELLEFSON, et al.,

    Defendants.

## ORDER

    Plaintiff Travis Delaney Williams, who is representing himself, is proceeding on claims that Defendants violated his constitutional rights. Last week, the court granted Williams' motion to extend the discovery deadline. This week, Williams moves "to stay the summary judgment deadlines until[] the "covid 19' pandemic is over." ECF No. 43. Williams explains that inmates and staff are practicing social distancing, and, as a result, staff will no longer bring him the laptop he needs to view videos of the incidents at issue in this case. Williams asserts that he cannot prepare his summary judgment materials without viewing the videos.

    The court will deny Williams' motion. His request is premature; it is too early to tell how long the current restrictions will remain in place. Discovery is set to close on August 7, 2020. The court will extend the dispositive motion deadline to September 8, 2020. If, as those deadlines approach, the current restrictions remain in place, Williams may renew his request to adjust the deadlines.

    **THEREFORE, IT IS ORDERED** that Williams' motion to stay summary judgment deadlines (ECF No. 43) is **DENIED.**

**IT IS FURTHER ORDERED** that the dispositive motion deadline is **EXTENDED** to **September 8, 2020**.

Dated at Green Bay, Wisconsin this 24th day of March, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court
