UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRAVIS DELANEY WILLIAMS,

    Plaintiff,

v.                                                       Case No. 19-C-1159

ZACHARY ELLEFSON, et al.,

    Defendants.

## ORDER

    Plaintiff Travis Delaney Williams is proceeding on Eighth Amendment claims. When Williams filed his complaint, he did not know the names of all of the defendants, so he used John and Jane Doe placeholders. On November 12, 2019, Williams identified three John Doe officers, leaving a Jane Doe nurse to be identified. On April 21, 2020, Williams identified the Jane Doe nurse as Tammy West. ECF No. 51.

    Normally the court would direct a plaintiff to file an amended complaint that properly names all the defendants. But given William's pro se status and that his lengthy pleading provides sufficient notice to West of her alleged misconduct, the court will simply update the caption to reflect that Tammy West is the name of the Jane Doe nurse and will order that Williams' complaint be served on her.

    **THEREFORE**, under an informal service agreement between the Wisconsin Department of Justice and this court, a copy of the complaint, the screening order, and this order have been electronically transmitted to the Wisconsin Department of Justice for service on defendant Tammy

West. It is **ORDERED** that, under the informal service agreement, West shall file a responsive pleading to the complaint within 60 days.

Dated at Green Bay, Wisconsin this 23rd day of April, 2020.

s/ William C. Griesbach  
William C. Griesbach, District Judge  
United States District Court